Alexander F. Giovanniello (CSB # 125562)
Thomas C. Swann (CSB # 229422)
**GIOVANNIELLO LAW GROUP**
One Pointe Drive, Suite 300
Brea, California 92821

Ph:  (714) 364-4000
Fax: (714) 364-4001
service@giolawgroup.com

Attorneys for Defendants:
BROOKDALE SENIOR LIVING, INC.
and EMERITUS CORPORATION dba
BROOKDALE FOLSOM

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA COLLIER, by and through her Successor-in-Interest, ROBYN SAX, and ROBYN SAX, REBECCA GYORGY, and STEPHANIE TILMAN, individually<br><br>Plaintiffs,<br><br>vs.<br><br>BROOKDALE SENIOR LIVING, INC., EMERITUS CORPORATION dba "BROOKDALE FOLSOM", COLLEEN GROSSMAN (nominal defendant), KARRIE FIERI (nominal defendant) and DOES 1 through 50, inclusive,<br><br>Defendants, | Case No.:  2:23-cv-01616-JAM-KJN<br><br>**STIPULATION AND ORDER TO CONTINUE TIME FOR INITIAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(A)(1)**<br><br><br>JUDGE:     Hon. John A. Mendez<br><br>Complaint filed June 1, 2023<br><br>Trial scheduled: None |

**IT IS HEREBY STIPULATED BY AND BETWEEN ALL PARTIES AS FOLLOWS:**

Plaintiffs BARBARA COLLIER, by and through her Successor-in-Interest, ROBYN SAX, and ROBYN SAX, REBECCA GYORGY, and STEPHANIE TILMAN, individually (hereinafter collectively referred to as "Plaintiffs") and Defendants BROOKDALE SENIOR LIVING, INC. and EMERITUS CORPORATION dba BROOKDALE FOLSOM (hereinafter collectively referred to as the "Brookdale Defendants") hereby respectfully apply to this Court

for an Order continuing the date for the Parties to exchange Initial Disclosures pursuant to Federal Rule of Civil Procedure (hereinafter referred to as "FRCP") 26(a)(1) for a period of thirty (30) days.

WHEREAS on July 6, 2023, Plaintiffs filed a Complaint for Damages in the Superior Court of California, County of Sacramento alleging causes of action for Elder Abuse, Negligent Infliction of Emotional Distress, and Wrongful Death stemming from an alleged physical abuse and assault incident that occurred while Plaintiff Barbara Collier was a resident at the Residential Care Facility for the Elderly known as Brookdale Folsom.

WHEREAS on August 4, 2023, the Brookdale Defendants filed a Notice of Removal effectively removing this matter to the United States District Court for the Eastern District of California pursuant to 28 U.S.C. §1441(a).

WHEREAS on August 7, 2023, this Court issued an Order directing the parties to comply with FRCP 26 within sixty (60) days of the Notice of Removal. Such would require compliance no later than October 3, 2023.

WHEREAS pursuant to FRCP 26(f), on August 22, 2023, Counsel for the Parties met and conferred to consider the nature and basis of the claims and defenses, the possibility of promptly settling or resolving the instant dispute and making the necessary disclosures pursuant to FRCP 26(a)(1).

WHEREAS it is agreed that it is in the best interests of all parties that the instant dispute be resolved in a timely and efficient manner. As a result, the parties have begun formal settlement discussions.

WHEREAS it is agreed that it is in the best interest of all parties, to facilitate settlement discussions, the Parties avoid unnecessary litigation costs and expenses.

WHEREAS it is agreed to further settlement discussions, it is in the best interests of all Parties to continue the requirements of FRCP 26, including the submission of a joint status report and discovery plan, for a period of thirty (30) days. The new date for compliance would be November 2, 2023.

///

**IT IS SO STIPULATED:**

Dated: September 14, 2023

**GIOVANNIELLO LAW GROUP**

By: _/s/ Thomas C. Swann_
Alexander F. Giovanniello
Thomas C. Swann
Attorneys for Defendants
BROOKDALE SENIOR LIVING, INC. and EMERITUS CORPORATION dba BROOKDALE FOLSOM

Dated: September 14, 2023

**CLEMENT LAW GROUP PC**

By: _/s/ Ciara Clement_
Lesley Ann Clement
Valerie Dawson
Ciara Clement
Attorneys for Plaintiffs
BARBARA COLLIER, by and through her Successor-in-Interest, ROBYN SAX, and ROBYN SAX, REBECCA GYORGY, and STEPHANIE TILMAN, individually

## ORDER

For good cause shown, the above Stipulation is **ADOPTED** as follows:

The date for the parties to comply with the requirements of FRCP 26, including the submission of a joint status report and discovery plan, is **CONTINUED** for a period of thirty (30) days. The new date for compliance is **November 2, 2023.**

**IT IS SO ORDERED:**

Dated: September 18, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE