**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BARBARA COLLIER, by and through her Successor-in-Interest, ROBYN SAX, and ROBYN SAX, REBECCA GYORGY, and STEPHANIE TILMAN, individually<br><br>Plaintiffs,<br><br>vs.<br><br>BROOKDALE SENIOR LIVING, INC., EMERITUS CORPORATION dba "BROOKDALE FOLSOM", COLLEEN GROSSMAN (nominal defendant), KARRIE FIERI (nominal defendant) and DOES 1 through 50, inclusive,<br><br>Defendants, | Case No.: 2:23-CV-01616-JAM-KJN<br><br>**ORDER CONTINUING TIME FOR INITIAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(A)(1)**<br><br>JUDGE: Hon. John A. Mendez<br><br>Complaint filed June 1, 2023<br><br>Trial scheduled: None |

**ORDER**

For good cause shown, the above Stipulation is adopted as follows:

The date for the parties to comply with the Initial Disclosure requirements of FRCP 26 as outlined in the Joint Status Report to **January 20, 2024**.

IT IS SO ORDERED.

Dated: November 03, 2023      /s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE