**CIARA CLEMENT, SBN 333309**
**CLEMENT LAW GROUP PC**
3576 McKinley Boulevard
Sacramento, California 95816
Telephone: (916) 444-9323
Facsimile: (916) 444-9324
Mail@elderabuseadvocates.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA COLLIER, by and through her Successor-in-Interest, ROBYN SAX, and ROBYN SAX, REBECCA GYORGY, and STEPHANIE TILMAN, individually<br><br>Plaintiffs,<br><br>vs.<br><br>BROOKDALE SENIOR LIVING, INC., EMERITUS CORPORATION dba "BROOKDALE FOLSOM", COLLEEN GROSSMAN (nominal defendant), KARRIE FIERI (nominal defendant) and DOES 1 through 50, inclusive,<br><br>Defendants, | Case No. 2:23-cv-01616-JAM-KJN<br><br>**STIPULATION OF DISMISSAL [FRCP 41(a)]; AND ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>**Complaint Filed:** June 1, 2023<br>**Notice of Removal Filed**: Aug. 4, 2023 |

**IT IS HEREBY STIPULATED BY AND BETWEEN ALL PARTIES AS FOLLOWS:**

**WHEREAS**, the parties to this action, Plaintiffs BARBARA COLLIER, by and through her Successor-in-Interest, ROBYN SAX, and ROBYN SAX, REBECCA GYORGY, and STEPHANIE TILMAN, individually (hereinafter collectively referred to as "Plaintiffs") and Defendants BROOKDALE SENIOR LIVING, INC. and EMERITUS CORPORATION dba BROOKDALE

1

FOLSOM (hereinafter collectively referred to as the "Brookdale Defendants"), by and through their respective counsel, hereby reached a settlement, following a mediation held on December 18, 2023;

**WHEREAS**, on January 19, 2024, Defendants filed a Notice of Settlement of Entire Action;

**WHEREAS**, on January 19, 2024, this Court ordered the parties to "file dispositional documents no later than 02/27/2024, in accordance with the provisions of Local Rule 160";

**WHEREAS**, the parties entered into a Confidential Settlement Agreement and Release of All Claims, dated February 13, 2024;

**WHEREAS**, the parties hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

**IT IS SO STIPULATED:**

Dated: February 21, 2024                    CLEMENT LAW GROUP, PC

By: ____/s/ Ciara Clement_____
Lesley Ann Clement
Ciara Clement
Attorneys for Plaintiffs
BARBARA COLLIER, by and through her
Successor-in-Interest, ROBYN SAX, and
ROBYN SAX, REBECCA GYORGY, and
STEPHANIE TILMAN, individually

Dated: February 21, 2024                    GIOVANNIELLO LAW GROUP

By: _____/s/ Thomas C. Swann_____
Alexander F. Giovanniello
Thomas C. Swann
Attorneys for Defendants
BROOKDALE SENIOR LIVING, INC. and
EMERITUS CORPORATION dba
BROOKDALE FOLSOM

**JOINT STIPULATION OF DISMISSAL [FRCP 41(a)]; AND ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE**

**ORDER OF DISMISSAL**

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, **DISMISSED WITH PREJUDICE** as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is **DIRECTED** to close the file.

**IT IS SO ORDERED.**

Dated: February 22, 2024              /s/ John A. Mendez
                                      THE HONORABLE JOHN A. MENDEZ
                                      SENIOR UNITED STATES DISTRICT JUDGE